1 | ROSNER, BARRY & BABBITT, LLP
2 | Hallen D. Rosner, SBN: 109740
2 | David L. Herman, SBN: 216469
3 | 10085 Carroll Canyon Road, Suite 100
3 | San Diego, CA 92131
4 | Telephone: (858) 348-1005
4 | Facsimile: (858) 348-1150
  | *hal@rbblawgroup.com*
5 | *david@rbblawgroup.com*

6 | Attorneys for Plaintiffs

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOSE G. LOERA, an individual, | Case No. 5:16-cv-02541 JGB (DTBx) |
| Plaintiff, | **ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| v. | Judge: Hon. Jesus G. Bernal |
| CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia limited liability company; and DOES 1 through 10, inclusive, | Ctrm: 1 |
| | Complaint Filed: December 9, 2016 |
| Defendants. | Trial Date: None Set |

On March 6, 2017, plaintiff JOSE G. LOERA along with defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: March 6, 2017

JESUS G. BERNAL
United States District Court Judge
Central District of California